IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WILLIAM T. RHODES, | ) | Civ. No. 13-00702 LEK-BMK |
|---|---|---|
| Plaintiff, | ) | FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION |
| vs. | ) | |
| YOUNG PROPERTIES INC., ET AL., | ) | |
| Defendants. | ) | |

## FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION

On December 19, 2013, Plaintiff William T. Rhodes, appearing pro se, filed this action against Defendants Sylvianne Young, Young Properties Inc., Donald Porter, Mark D. Porter, and Tristen L. Faith. The Court finds and recommends that this action be DISMISSED.

On February 24, 2014, the Court granted Plaintiff's request to proceed in forma pauperis and mailed him instructions on how to provide documents and forms to the U.S. Marshals Service so that service upon each Defendant could be made. (Docs. 13, 14, 16.) On May 29, 2014, the Court held a Rule 16 Scheduling Conference in this case. (Doc. 17.) Plaintiff appeared by phone and was ordered to mail the appropriate forms and documents to the U.S. Marshals Service by June 30, 2014. (Doc. 17.) The Court also extended the deadline to serve Defendants to

August 29, 2014.  (Doc. 17.)  A Further Rule 16 Scheduling Conference was scheduled for October 24, 2014 at 9:30 a.m.  (Doc. 17.)

On October 24, 2014, the Court was prepared to hold the Further Rule 16 Scheduling Conference at 9:30 a.m. as scheduled; however, Plaintiff did not appear and did not make arrangements to participate in the Conference by phone.  (Doc. 21.)  Plaintiff also failed to file a Scheduling Conference Statement as required by Local Rule 16.2(b).  (See Doc. 7.)  Accordingly, the Court issued an Order to Show Cause.  (Docs. 21, 22.)

The Order to Show Cause was set for hearing on December 2, 2014 at 10:00 a.m.  (Doc. 22 at 2.)  The Court ordered Plaintiff to appear at the hearing "to show good cause, if any, why sanctions, including dismissal of this case, should not be imposed for failing to (1) appear at the Further Rule 16 Scheduling Conference, (2) file a Scheduling Conference Statement, and (3) serve Defendants by the August 29, 2014 deadline."  (Id.)  On November 13, 2014, and November 18, 2014, the Court was notified that Plaintiff did not receive notice regarding the Order to Show Cause.  (See Docs. 23, 24.)  Therefore, on November 26, 2014, the Court called Plaintiff at the number provided on the docket sheet and left a voicemail message notifying Plaintiff of the scheduled Order to Show Cause hearing.

On December 2, 2014, the Court was prepared to hold the Order to Show Cause hearing at 10:00 a.m. as scheduled; however, Plaintiff failed to appear in person and did not make arrangements with the Court to appear by phone. (Doc. 25.)  Moreover, Plaintiff has failed to timely serve Defendants.  Indeed, as of this date, it appears that Defendants remain unserved.  Thus, Plaintiff has failed to show good cause why this case should not be dismissed for failure to (1) appear at the Further Rule 16 Scheduling Conference, (2) file a Scheduling Conference Statement, and (3) serve all Defendants by the August 29, 2014 deadline.

The Court therefore FINDS and RECOMMENDS that this action be dismissed.

DATED:  Honolulu, Hawaii, December 2, 2014.

IT IS SO ORDERED.



  /S/ Barry M. Kurren  
Barry M. Kurren  
United States Magistrate Judge

William T. Rhodes v. Young Properties Inc., et al., Civ. No. 13-00702 LEK-BMK; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION.