IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM T. RHODES,   )<br>                                          )<br>        Plaintiff,            )<br>                                          )<br>    vs.                               )<br>                                          )<br>SYLVIANNE YOUNG, YOUNG  )<br>PROPERTIES INC., DONALD   )<br>PORTER, MARK D. PORTER AND )<br>TRISTEN L. FAITH,              )<br>                                          )<br>        Defendants.         )<br>_____ ) | CIV NO. 13-00702 LEK-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 02, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss This Action" filed on December 02, 2014 (ECF No. [26]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 30, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge